

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00309-CV

**IN THE MATTER OF S.A.M.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01204
The Honorable Carmen Kelsey, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's disposition order is AFFIRMED.

SIGNED February 26, 2014.

_____
Rebeca C. Martinez, Justice